IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JONATHAN HANS,

        Petitioner,

vs.

ANTHONY HAYNES, Warden,

        Respondent.

CIVIL ACTION NO.: CV211-088

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Jonathan Hans ("Hans") contends that he was detained in the Volunteers of America facility and subjected to "jail like" conditions prior to his sentencing. (Doc. No. 9, p. 2). Hans also contends that his assertion that his right to due process was violated was not addressed.

In his petition, Hans asserts that his right to due process was violated because he was not informed that the time he spent in the Volunteers of America facility prior to sentencing would not be credited against his sentence. However, as part of Hans' conditions of pre-trial release, he was to reside at Volunteers of America on lockdown status. Hans initialed this condition as part of his pretrial *release* (Doc. No. 6-1, p. 14), and the Order Setting Conditions of Release differentiates between a defendant being released or being kept in the *custody* of the United States Marshals Service. (Id. at p.

15) (emphases added). Thus, Hans received notice of being released to Volunteers of America on lockdown status as part of his pretrial release.

In addition, the undersigned notes that Hans has filed a 28 U.S.C. § 2255 motion alleging that his attorney provided ineffective assistance by failing to notify him that he would not receive credit for his time spent at the Volunteers of America facility prior to sentencing. This motion is pending in the Southern District of Indiana. (1:11-cv-00700-WTL-TAB, S.D. Ind.). This course appears to be the proper avenue for Hans to pursue this claim.

Hans' Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Hans' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of August, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)